UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNEL MERIWETHER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:13CV2152 JAR |
| VELDA CITY POLICE DEPT., et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to reopen the case after the dismissal of this action was affirmed by the Eighth Circuit Court of Appeals. The Court will decline to reopen the matter, or to vacate its prior judgment, and plaintiffs will not be allowed to file any additional documents in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' post-appellate motion to reopen this matter or to vacate the Court's prior judgment, [Doc. #20] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiffs shall not be allowed to file any additional documents in this closed action. To the extent plaintiffs attempt to file any additional documents in this action, they will be returned to plaintiffs by the Clerk of Court.

Dated this 22nd day of January, 2015.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE